THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES PETRINO, Appellant.— Judgment of the Court of Special Sessions of the City of New

York, Borough of Brooklyn, convicting the defendant of a violation of section 986 of the Penal Law (book-making), reversed on the law and a new trial ordered. The interests of justice require a new trial. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.